## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL BYRNE, DAVID KLEUSKENS, JERRY HENRY, JASON WEBER and SUSAN FOSTER-HARPER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>**v.**<br><br>CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDINGS, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, and SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>      Defendants. | Case No.  20-cv-00712-CSH<br><br><br><br><br><br>JUNE 30, 2020 |

### MOTION FOR ADMISSION OF DANIEL M. HATTIS *PRO HAC VICE*

In accordance with the provisions of Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned on behalf of Plaintiffs Randall Byrne, David Kleuskens, Jerry Henry, Jason Weber and Susan Foster-Harper, on behalf of themselves and all others similarly situated, hereby moves for the admission *pro hac vice* of Daniel M. Hattis, Hattis & Lukacs, 400 108th Avenue NE, Ste. 500, Bellevue, WA 98004, as a visiting attorney.  Attorney Daniel M. Hattis's telephone number is (425) 233-8650.  His facsimile number is (425) 412-7171.   His e-mail address is dan@hattislaw.com.

Attorney Daniel M. Hattis is a member in good standing of the bars of the State of California, the State of Washington, the United States Court of Appeals for the Ninth Circuit, the United States District Courts for the Northern, Central, Eastern and Southern Districts of California and for the Western and Eastern Districts of Washington.

Attorney Daniel M. Hattis has no pending disciplinary complaints as to which a finding

has been made that such complaint should proceed to a hearing.

Attorney Daniel M. Hattis has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is the unsworn declaration under penalty of perjury of Attorney Daniel M. Hattis stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Attorney Daniel M. Hattis is fully conversant with the facts presented by this case and will be fully prepared to represent Plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Hugh W. Cuthbertson, who is a member of the bar of this Court (#ct04133) and who has an office within the District of Connecticut, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Daniel M. Hattis be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf of Plaintiffs Randall Byrne, David Kleuskens, Jerry Henry, Jason Weber and Susan Foster-Harper, and on behalf of all others similarly situated, for all purposes.

Pursuant to Local Rule 83.1(d)(3) the fee of $200.00 payable to the Clerk of the District Court accompanies this Motion.

3

Respectfully submitted,


By: */s/ Hugh W. Cuthbertson*
    Hugh W. Cuthbertson, #ct04133
    Zangari Cohn Cuthbertson
        Duhl & Grello P.C.
    59 Elm Street, Suite 400
    New Haven, CT 06510
    Telephone: (203) 786-3710
    Facsimile: (203) 782-2766
    Email: hcuthbertson@zcclawfirm.com

Attorney for Plaintiffs